# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK V. MURPHY, WELLS FARGO BANK, N.A., *formerly known as Wells Fargo Home Mortgage,* and WISCONSIN DEPARTMENT OF REVENUE,<br><br>Defendants. | Case No. 15-CV-1420-JPS<br><br><br><br>**ORDER** |

On September 30, 2016, the Court entered an order granting Plaintiff's motion for default judgment against Defendant Mark V. Murphy for unpaid taxes. (Docket #25 at 4–5). The Clerk of the Court entered a default judgment on December 9, 2016. (Docket #28). The parties come before the Court once more to jointly request that the judgment be amended. (Docket #29). Specifically, the parties request that the following changes be made:

> (1) the default judgment should reflect that the proceeds of the sale of the subject property should be distributed "in accordance with the parties' stipulations," not according to their mortgage lien interests in the property;
>
> (2) the default judgment should order sale of the property by the Internal Revenue Service Property Appraisal and Liquidation Specialist, not the Racine County Sheriff; and
>
> (3) the default judgment should reflect that Defendant Wells Fargo Bank N.A.'s correct name is "Wells Fargo Bank, N.A., formerly known as Wells Fargo Home Mortgage," not "Wells Fargo Bank, N.A., also known as Wells Fargo Home Mortgage, Inc."

*Id.* at 3. The parties have attached a draft amended judgment containing their requested changes. *See* (Docket #29-1). Based on the parties' agreement, and having no independent basis to question the parties' requested amendments, the Court will grant the motion for an amended default judgment.

Accordingly,

**IT IS ORDERED** that the joint motion to amend the default judgment (Docket #29) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter an amended default judgment in accordance with this order.

Dated at Milwaukee, Wisconsin, this 21st day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge